

U S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 4 2007
```

By Facsimile
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   United States v. Rafael Carabello and Ismael Gonzalez
           07 Cr. 449 (GBD)

Dear Judge Daniels:

    The Indictment in the above-referenced case was returned by the Grand Jury and assigned to Your Honor this week. Based on the parties' and the Court's availability, the Court has scheduled an initial pretrial conference for June 21, 2007, at which time the defendants will be arraigned. Between now and June 21, 2007, the Government intends to produce discovery in this matter. Accordingly, the Government requests an exclusion of time under the Speedy Trial Act, from today until June 21, 2007. Such an exclusion is in the interests of justice as it will allow the defendants to receive and begin reviewing discovery. We have spoken with counsel for each of the defendants, and they do not object to the requested exclusion of time. Thank you for your consideration of these matters.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

          By:   _____
                Jessica A. Masella/Jillian B. Berman
                Assistant United States Attorneys
                (212) 637-2288/2197

cc: Paul Madden, Esq.
    Donald Duboulay, Esq.

SO ORDERED:

*/s/ George B. Daniels*    HON. GEORGE B. DANIELS
MAY 2 4 2007