

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 8, 2008

By Facsimile
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Rafael Carabello and Ismael Gonzalez</u>
            07 Cr. 449 (GBD)

Dear Judge Daniels:

       The parties are currently scheduled to appear before the Court on January 10, 2008, for a pretrial conference in the above-referenced matter. The Government is in the process of having discussions regarding a disposition of this matter with counsel for both defendants, and, while we believe that we will reach dispositions with both defendants, the parties need additional time to continue those discussions. Accordingly, the Government respectfully requests that the Court adjourn the upcoming conference, for approximately 30 days. In addition, the Government requests an exclusion of time under the Speedy Trial Act, from January 10, 2008, until the date of the next conference. I have spoken with counsel for each of the defendants, and they consent to the requested adjournment and to the exclusion of time. Thank you for your consideration of these matters.

                                          Respectfully,

                                          MICHAEL J. GARCIA
                                          United States Attorney

                        By:  /s/ *signature*

                              Jessica A. Masella
                              Assistant United States Attorney
                              (212) 637-2288

The conference is adjourned to
February 14, 2008 at 9:30 a.m.

SO ORDERED: JAN 0 9 2008

_____
HON. GEORGE B. DANIELS

TOTAL P.02