# PAUL J. MADDEN

### ATTORNEY AND COUNSELOR AT LAW
### 26 COURT STREET
### SUITE 810
### BROOKLYN, NEW YORK 11242-1108

TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

Hon. George B. Daniels
United States District Judge
United States District Court          February 12, 2008
Southern District of New York
500 Pearl Street
New York, New York 10007

re: U.S.A. v. Rafael Carabello and Ismael Gonzalez
07  Cr. 449  [GBD]

By facsimile

Dear Daniels:

I am writing respectfully to Your Honor in order to request an adjournment of the conference scheduled for February 14, 2008 until February 27, 2008. Jessica Masella, Esq., the Assistant United States Attorney who represents the government, consents to this request. Donald Duboulay, Esq., counsel for Mr. Gonzalez, the co-defendant, joins in this request. The parties agree to an exclusion of time.

The reason for the request is that the parties are engaged in plea discussions with the anticipation of a pre-trial disposition and I will need additional time to meet and to confer with my client at the MDC. My interpreter has been away for the past week and she will not return until later this week. Mr. Duboulay is in the same predicament.

Thank you for Your Honor's consideration of this request.

Respectfully yours,
Paul Madden
Paul Madden
Attorney for Mr. Carabello

cc:  Jessica A. Masella, Esq.
     Assistant United States Attorney

     Donald Duboulay, Esq.
     Counsel for Mr. Gonzalez

SO ORDERED: _____ FEB 1 4 2008
Hon. George B.Daniels, U.S.D.J.
JUDGE GEORGE B. DANIELS