

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2008

By Facsimile
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The conference is adjourned to
July 8, 2008 at 10:00 a.m.

*[signature] George B Daniels*

**HON. GEORGE B. DANIELS**

Re: United States v. Ismael Gonzalez
     07 Cr. 449 (GBD)

Dear Judge Daniels:

The parties are scheduled to appear before the Court on May 29, 2008, for a pretrial conference in this matter. Counsel for the defendant and the Government have been discussing a disposition of this matter, and we are requesting an adjournment of that conference, for approximately 30 days, in order to continue those discussions. The parties are available during the week of June 23, 2008 or during the week of July 7, 2008, and we request that the Court schedule a conference during one of those weeks, at a time convenient for the Court. In addition, if the Court grants the adjournment request, then the Government requests an exclusion of time under the Speedy Trial Act, from May 29 until the date of the next conference. I have spoken with counsel for the defendant, and he consents to the exclusion of time. Thank you for your consideration of these matters.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*

Jessica A. Masella
Assistant United States Attorney
(212) 637-2288

cc: Donald Duboulay, Esq.

SO ORDERED:   MAY 2 9 2008

*[signature]*

**HON. GEORGE B. DANIELS**

TOTAL P.02