**Donald D. duBoulay**                                    401 Broadway, 25th Floor
Attorney at Law                                              New York, NY 10013

DATE FILED: JUL 0 8 2008

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:   dondubesq@aol.com

July 7, 2008

**SO ORDERED**

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

*George B. Daniels*

**HON. GEORGE B. DANIELS**
JUL 0 8 2008

Re: United States v. Ishmael Gonzalez
    07 Cr. 449 (GBD)

Dear Judge Daniels:

I represent Ishmael Gonzalez in the above referenced matter. I write this letter to request an adjournment of the status conference scheduled for July 8th, 2008, to July 30 2008 at 10:00 a.m., if that date is convenient to the Court.

The government and the defense are engaged in plea negotiations and both sides agree that an adjournment will facilitate the production of certain documents which will enable a resolution of this case by the next Status conference.

The defense consents to the exclusion of time from speedy trial calculation in this matter.

Respectfully requested,

Donald D. duBoulay

Cc: Jessica A Masella, AUSA
    Ishmael Gonzalez