```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 0 2008
```

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 9, 2008

By Facsimile
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Ismael Gonzalez
     07 Cr. 449 (GBD)

Dear Judge Daniels:

  The parties were scheduled to appear before the Court yesterday, on July 8, 2008, for a pretrial conference in this matter. Counsel for the defendant requested an adjournment, which the Court granted, until July 30, 2008. The Government requests an exclusion of time under the Speedy Trial Act, from today until July 30, 2008. I have spoken with counsel for the defendant, and he consents to the exclusion of time. Thank you for your consideration of these matters.

           Respectfully,

           MICHAEL J. GARCIA
           United States Attorney

      By: _____
        Jessica A. Masella
        Assistant United States Attorney
        (212) 637-2288

cc. Donald Duboulay, Esq.

SO ORDERED: JUL 1 0 2008

_____
HON. GEORGE B. DANIELS

TOTAL P.02