**Donald D. duBoulay**
**Attorney at Law**

                                                                    40 Broadway, 25th Floor
                                                                    New York, NY 10013

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

                                                                    July 28, 2008

The Honorable George B. Daniels                              **SO ORDERED**
United States District Judge
United States District Court                                 */s/ George B Daniels/*
500 Pearl Street
New York, New York 10007                                     **HON. GEORGE B. DANIELS**
                                                             JUL 29 2008

         Re: United States v. Ishmael Gonzalez
             07 Cr. 449 (GBD)

Dear Judge Daniels:

   I represent Ishmael Gonzalez in the above referenced matter. I write to request an adjournment of the status conference scheduled for July 30, 2008 before your honor to September 24, 2008 at 10:30 a.m., if that date and time is convenient to the Court.
   The government and defense are engaged in plea negotiations and both sides agree that an adjournment will facilitate the resolution of this case without the necessity of a trial.
   The defense consents to the exclusion of time from speedy trial calculation in this matter.
   If there are any questions please call me at (212) 966-3970.

                                                             Very truly yours,

                                                             */s/ Donald duBoulay/*
                                                             Donald D. duBoulay

Cc: Jillian Berman (via ECF)